


*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 8, 2023

**By ECF**

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Hilario v. United States of America,* No. 22 Civ. 547 (JLC)

Dear Judge Gorenstein:

      This Office represents the United States of America in the above-referenced action. I write respectfully to request that the settlement conference currently scheduled for March 15, 2023, at 2:30 p.m., be adjourned to April 26, 2023, at 2:30 p.m. Such an adjournment would allow the United States additional time to obtain approvals necessary to make the settlement conference more fruitful. All parties have agreed to this date, and Chambers confirmed the availability of this date.

      I thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:    <u>*/s/ Alyssa B. O'Gallagher*</u>
      ALYSSA B. O'GALLAGHER
      Assistant United States Attorney
      Tel.:   (212) 637-2822
      Email: Alyssa.O'Gallagher@usdoj.gov

Conference adjourned to April 26, 2023, at 2:30 p.m. Submissions due April 20, 2023.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 8, 2023