

SULLIVAN PAPAIN BLOCK
MCGRATH COFFINAS & CANNAVO P.C.

1140 FRANKLIN AVENUE • SUITE 200 • GARDEN CITY • NEW YORK 11530
TELEPHONE: (516) 742-0707
FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com
TrialLaw1.com

PLEASE REPLY TO:

Garden City Office

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Eleni Coffinas
David J. Dean
Hugh M. Turk

Albert B. Aquila
Brian J. Shoot
Mary Anne Walling
Eric K. Schwarz
Elizabeth Montesano
Deanne M. Caputo
Liza A. Milgrim
Thomas J. McManus
Glenn W. Nick
Mark A. Apostolos

Ina Pecani
Jessica P. Denninger
Christopher J. DelliCarpini
Marianne C. Burke
Ana-Marija Turkovic
Gina M. Carbone
NallyAnn Scaturro

Michael P. Napolitano
Jacqueline P. Lasker
Joseph I. Rozovsky
Danielle Goldfinger
Amber Volz
Katie Prior

Hon. Joseph N. Giamboi (1925-2018)
Stephen C. Glasser
Paul F. Oliveri
Of Counsel

John M. Tomsky
Craig M. Silverman
Mary Tierney
James Wilkens
Beth N. Jablon
Counsel to the Firm

Author's E-Mail Address:
emontesano@triallaw1.com
Direct Telephone Line:
(212) 266-4120
Private Fax Line:
(212) 266-4150

**MEMORANDUM ENDORSED**

April 04, 2023

BY ECF
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:     *Hilario v. United States of America*
                   Civil Action No. CV-22-547 (JLC)

Dear Magistrate Judge Gorenstein:

    This office represents the plaintiff, Yuruanny Hilario. I write respectfully to request that the settlement conference currently scheduled for April 26, 2023 at 2:30 p.m. be adjourned to May 4, 2023 at 2:30 pm. Such an adjournment would allow for the plaintiff Ms. Yuruanny Hilario to be present at the conference. Unfortunately, she very recently learned that her employer requires her to travel out of state from April 25 through April 28, 2023.

    All parties have agreed to this date, and Chambers confirmed the availability of this date.

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

I thank the Court for its consideration of this request.

                              Respectfully submitted,

                              SULLIVAN PAPAIN BLOCK McGRATH
                              COFFINAS & CANNAVO P.C.

                              By: *Elizabeth Montesano*
                                    Elizabeth Montesano

EM:sc
(117359)

Cc:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Defendant
UNITED STATES OF AMERICA
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn. ALYSSA B. O'GALLAGHER, Esq.
Assistant United States Attorney
(212) 637-2822
Alyssa.O'Gallagher@usdoj.gov

                    Adjournment to May 4, 2023, at 2:30 p.m. granted.  Submissions due
                    April 28, 2023.

                    So Ordered.

                                    _____
                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge
                                    April 4, 2023