

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 28, 2023

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

      Re:    *Hilario v. United States of America,* No. 22 Civ. 547 (JLC)

Dear Judge Gorenstein:

      This Office represents the United States of America in the above-referenced action. I write respectfully to request that the settlement conference currently scheduled for May 4, 2023, at 2:30 p.m., be adjourned to June 12, 2023, at 2:30 p.m. The United States is still waiting on approvals necessary to make the settlement conference more fruitful, and the requested adjournment would allow it additional time to obtain the necessary approvals. All parties have agreed to this date, and Chambers confirmed the availability of this date.

      I thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:    */s/ Alyssa B. O'Gallagher*
      ALYSSA B. O'GALLAGHER
      Assistant United States Attorney
      Tel.:   (212) 637-2822
      Email: Alyssa.O'Gallagher@usdoj.gov

The request for an adjournment to June 12, 2023, at 2:30 p.m. is granted. Submissions due June 6, 2023.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 1, 2023