USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/16/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YURANNY HILARIO,

                Plaintiff,    **ORDER OF DISMISSAL**

     -v-    22-CV-547 (JLC)

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court having been advised that all claims asserted herein have been settled in principle, subject to approval by the appropriate governmental authorities at the Department of Justice, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within **90 days** of the date of this Order if the settlement is not consummated.[1]

      To be clear, any application to reopen must be filed **within 90 days** of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 90-day period to be "so ordered" by the Court.

---

[1] Should additional time beyond 90 days be required to secure the necessary approvals and finalize the settlement, the parties may seek an extension of this 90-day time frame.

Any pending motions are moot.  All deadlines are adjourned and all conferences are cancelled.  The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated: June 16, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge